UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>JACKSONS FOOD STORES, INC.,<br><br>Defendant**.** | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act, as amended by the ADA Amendments Act of 2008, 42 U.S.C. § 12101 *et. seq.*, ("ADA" and "ADAAA") to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Nathaniel Prugh, who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Jacksons Food Stores, Inc. ("Defendant") discriminated against Mr. Prugh, a qualified individual with a disability, when it failed to hire Mr. Prugh for a Customer Services Rep position on the basis of Mr. Prugh's disability.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by

EEOC v. Jacksons Foods - COMPLAINT
Page 1 of 6

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission" or "EEOC"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. 2000e-5(f)(1).

4. At all relevant times, Defendant has continuously been doing business in the State of Washington and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6. At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

EEOC v. Jacksons Foods - COMPLAINT
Page 2 of 6

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## ADMINISTRATIVE PROCEDURES

7. More than thirty (30) days prior to the institution of this lawsuit, Charging Party Nathaniel Prugh filed a charge with the EEOC alleging violations of Title I of the ADA by Defendant.

8. On May 23, 2017, the Commission issued to Defendant a Letter of Determination finding reasonable cause to believe that Title I of the ADA was violated and inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

9. The Commission engaged in communications with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the Letter of Determination.

10. The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

11. On August 14, 2017, the Commission issued to Defendant a Notice of Failure of Conciliation.

12. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

13. Since at least January 2015, Defendant has engaged in unlawful employment practices in violation of Section 102(a) of Title I of the ADA, 42 U.S.C. §§ 12112(a). Defendant discriminated against Nathaniel Prugh when it failed to hire him for a Customer Services Rep position at Defendant's Sammamish, Washington facility, Store #628, on the basis of his disability, in violation of Section 102(a) of the ADA.

EEOC v. Jacksons Foods - COMPLAINT
Page 3 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

14. Mr. Prugh is a qualified individual with a disability under Section 3 and 101(8) of the ADA, 42 U.S.C. §§ 12102 and 12111(8). Mr. Prugh is deaf, which substantially limits the major life activity of hearing.

15. In or about January 2015, Mr. Prugh applied for a Customer Services Rep position at Defendant's Store #628 in Sammamish, Washington.

16. On or about January 15, 2015, Defendant's Store Manager contacted Mr. Prugh to set up an interview.

17. On or about January 15, 2015, Mr. Prugh notified Defendant that he is deaf and would need an American Sign Language (or "ASL") interpreter for the interview.

18. On or about January 15, 2015, Defendant, through its Store Manager, denied Mr. Prugh's request for an interpreter and rescinded the opportunity for an interview.

19. The effect of the practices complained of in paragraphs 13 through 18 above has been to deprive Mr. Prugh of equal employment opportunities and otherwise adversely affect his status as an employee because of his disability.

20. The unlawful employment practices complained of in paragraphs 13 through 18 above were and are intentional.

21. The unlawful employment practices complained of in paragraphs 13 through 18 above were done with malice or with reckless indifference to the federally protected rights of Nathaniel Prugh.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

EEOC v. Jacksons Foods - COMPLAINT
Page 4 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

A. Grant a permanent injunction enjoining Defendant, its officers, agents, successors, assigns, and all persons in active concert or participation with it, from unlawfully failing to provide equal employment opportunities to applicants for employment and employees with disabilities and to accommodate applicants' and employees' disabilities, and any other employment practice which discriminates on the basis of disability.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Mr. Prugh by providing appropriate back pay with interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant to make whole Mr. Prugh by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 13 through 18 above, including past and future out-of-pocket losses, in amounts to be determined at trial.

E. Order Defendant to make whole Mr. Prugh by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 13 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. Order Defendant to pay Mr. Prugh punitive damages for its malicious or reckless conduct, as described in paragraphs 13 through 18 above, in amounts to be determined at trial.

EEOC v. Jacksons Foods - COMPLAINT
Page 5 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 24th day of August, 2017.

| | |
|---|---|
| ROBERTA L. STEELE<br>Regional Attorney | JAMES L. LEE<br>Deputy General Counsel |
| BY: */s/ Roberta L. Steele* | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>909 First Avenue, Suite 400<br>Seattle, WA 98104-1061<br>Telephone (206) 220-6919<br>Facsimile (206) 220-6911<br>Roberta.steele@eeoc.gov | Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |

JOHN F. STANLEY
Supervisory Trial Attorney
John.stanley@eeoc.gov

MAY R. CHE
Senior Trial Attorney
May.che@eeoc.gov

Attorneys for Plaintiff EEOC

EEOC v. Jacksons Foods - COMPLAINT
Page 6 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882