UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>JACKSONS FOOD STORES, INC.,<br><br>Defendant. | CIVIL ACTION NO.  2:17-CV-01285<br><br>NOTICE OF APPEARANCE OF EEOC COUNSEL MAY R. CHE |

TO:             CLERK OF THE COURT

AND TO:     ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that May R. Che hereby appears as attorney of record on behalf of the Equal Employment Opportunity Commission (EEOC) in the above-entitled case, and reserving all rights and without waiving any defenses, hereby requests that all further papers

/ / /

/ / /

/ / /

NOTICE OF APPEARANCE OF MAY R. CHE
EEOC v. Jacksons Foods; *2:17-CV-01285*
Page 1 of 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

and pleadings be served upon Ms. Che at the email and address below as stated.

DATED this 29th day of August, 2017.

| | |
|---|---|
| ROBERTA L. STEELE<br>Acting Regional Attorney | JAMES L. LEE<br>Deputy General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| MAY R CHE<br>Senior Trial Attorney | |

BY:   /s/ May R. Che
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

| | |
|---|---|
| 909 First Avenue, Suite 400<br>Seattle, WA  98104-1061<br>Telephone (206) 220-6919<br>Email:  may.che@eeoc.gov | Office of the General Counsel<br>131 "M" Street NE<br>Washington, D.C. 20507 |

Attorneys for Plaintiff EEOC

NOTICE OF APPEARANCE OF MAY R. CHE
EEOC v. Jacksons Foods; *2:17-CV-01285*
Page 2 of 3

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2017, I electronically filed the forgoing "Notice of Appearance of EEOC Counsel" with the Clerk of the court using the CM/ECF system.

DATED this 29th day of August, 2017.

*S/ Victoria Richardson*

NOTICE OF APPEARANCE OF MAY R. CHE
EEOC v. Jacksons Foods; *2:17-CV-01285*
Page 3 of 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882