The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Equal Employment Opportunity Commission,

        Plaintiff,

    v.

Jacksons Food Stores, Inc.,

        Defendant.

Case No. 2:17-cv-01285-TSZ

CORPORATE DISCLOSURE STATEMENT

       Pursuant to Rule 7-1 of the Federal Rules of Civil Procedure, Jacksons Food Stores, Inc., a Nevada Corporation, by and through counsel, hereby certifies that it is not publically owned.

September 25, 2017

/s/ Tamsen Leachman
Tamsen Leachman, WSBA #23402
121 SW Morrison, Suite 900
Portland, OR  97204
Phone:     503.221.0309
Fax:       503.242.2457
E-Mail:    tleachman@littler.com

Attorneys for Defendant
Jacksons Food Stores, Inc.

Firmwide:150157733.1 999999.9753

LITTLER MENDELSON, P.C.
121 SW MORRISON, SUITE 900
PORTLAND, OR  97204
503.221.0309