UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　Plaintiff (s),<br>　　v.<br><br>JACKSONS FOOD STORES INC,<br><br>　　　　　　　　Defendant (s). | CASE NO. 2:17–cv–01285–TSZ<br><br>MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES |

| | |
|---|---|
| **JURY TRIAL DATE** | **February 4, 2019** |
| Length of Trial | 5 days |
| Deadline for joining additional parties | December 7, 2017 |
| Deadline for amending pleadings | July 16, 2018 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 16, 2018 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | September 6, 2018 |
| Discovery completed by | October 15, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | November 15, 2018 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | January 3, 2019 |
| Agreed pretrial order due | January 18, 2019 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 18, 2019 |
| Pretrial conference to be held at **01:30 PM** on | January 25, 2019 |

MINUTE ORDER SETTING TRIAL & RELATED DATES – 1

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206–370–8522. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three–ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.

Should this case settle, counsel shall notify Karen Dews at 206–370–8830 as soon as possible.

A copy of this Minute Order shall be mailed to all counsel of record.

s/ Karen Dews

Judicial Assistant/Deputy Clerk to
Hon. Thomas S. Zilly, United States District Judge

MINUTE ORDER SETTING TRIAL & RELATED DATES – 2