The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jacksons Food Stores, Inc.,<br><br>　　　　Defendant. | Case No. 2:17-cv-01285-TSZ<br><br>**NOTICE OF APPEARANCE** |

TO:       CLERK OF THE COURT;

AND TO:   Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, and its attorneys of record herein.

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as additional counsel for Defendant JACKSONS FOOD STORES, INC., and requests that notice of all further proceedings in said action, except original process, be served upon him, in addition to Tamsen Leachman, at the address stated below:

William J. Kim
Littler Mendelson, P.C.
600 University Street, Suite 3200
Seattle, WA 98101
wkim@littler.com
Telephone: (206) 623-3300
Facsimile: (206) 447-6965

NOTICE OF APPEARANCE

Case No. 2:17-cv-01285-TSZ

LITTLER MENDELSON, P.C.
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3200
SEATTLE, WA 98101.3122
206.623.3300

| | | |
|---|---|---|
| 1 | November 9, 2017 | *s/ William J. Kim* |
| 2 | | William J. Kim, WSBA #46792 |
| | | wkim@littler.com |
| 3 | | |
| 4 | | |
| 5 | | Tamsen Leachman, WSBA #23402 |
| | | tleachman@littler.com |
| 6 | | 121 SW Morrison, Suite 900 |
| | | Portland, OR  97204 |
| 7 | | Phone:        503.221.0309 |
| | | Fax:           503.914.1453 |
| 8 | | |
| 9 | | Attorneys for Defendant |
| | | Jacksons Food Stores, Inc. |

NOTICE OF APPEARANCE - 2

Case No. 2:17-cv-01285-TSZ

LITTLER MENDELSON, P.C.
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3200
SEATTLE, WA  98101.3122
206.623.3300

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on November 9, 2017, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to The Honorable Thomas S. Zilly and to the following:

Roberta L. Steele
Regional Attorney
Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone: 206-220-6919
Facsimile: 206-220-6911
**Roberta.steele@eeoc.gov**

John F. Stanley
Supervisory Trial Attorney
**John.stanley@eeoc.gov**

May R. Che
Senior Trial Attorney
**May.che@eeoc.gov**

James L. Lee
Deputy General Counsel

Gwendolyn Y. Reams
Associate General Counsel

Office of the General Counsel
131 M. Street, N.E.
Washington D.C. 20507

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on November 9, 2017, at Seattle, Washington.

*/s/ Liana Natividad*
LIANA NATIVIDAD
lnatividad@littler.com
**LITTLER MENDELSON, P.C.**

Firmwide:151150532.1 095181.1001

NOTICE OF APPEARANCE - 3
Case No. 2:17-cv-01285-TSZ

LITTLER MENDELSON, P.C.
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3200
SEATTLE, WA 98101.3122
206.623.3300