The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>Plaintiff,<br><br>v.<br><br>Jacksons Food Stores, Inc.,<br><br>Defendant. | Case No. 2:17-cv-01285-TSZ<br><br>NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT |

TO: THE CLERK OF THE COURT

AND TO: PLAINTIFF AND ITS ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that JACKSONS FOOD STORES, INC., ("Defendant") hereby gives notice of the withdrawal of William J. Kim as co-counsel for Defendant in the above case effective upon the filing of this Notice with the Court.

Pursuant to Western District of Washington Local Rule 83.2, Defendant states that it remains represented and hereby identifies Tamsen L. Leachman of Ogletree, Deakins, Nash, Smoak & Steward, P.C., as the remaining attorney.

/ / /

/ / /

NOTICE OF WITHDRAWAL

2:17-CV-01285-TSZ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

May 1, 2018

/s/William J. Kim
William J. Kim, WSBA #46792
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101-3122
Phone:     206.623.3300
Fax:          206.447.6965
E-Mail:    wkim@littler.com

Withdrawing Attorney for Defendant
Jacksons Food Stores, Inc.

/s/Tamsen L. Leachman
Tamsen L. Leachman, WSBA #23402
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Phone:     503-552-2177
Fax:          503-224-4518
E-Mail:    tamsen.leachman@ogletree.com

Remaining Attorney for Defendant
Jacksons Food Stores, Inc.

NOTICE OF WITHDRAWAL- 2
2:17-CV-01285-TSZ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on May 1, 2018, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Attorneys for Plaintiff | |
|---|---|
| Roberta L. Steele<br>Regional Attorney<br>EEOC<br>909 First Avenue, Suite 400<br>Seattle, WA  98104-1061<br>Tel:     206-220-6919<br>Fax:    206-220-6911<br>Roberta.steele@eeoc.gov | James L. Lee<br>Deputy General Counsel<br><br>Gwendolyn Y. Reams<br>Associate General Counsel<br><br>Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C.  20507 |
| John F. Stanley<br>Supervisory Trial Attorney<br>John.stanley@eeoc.gov | |
| May R. Che<br>Senior Trial Attorney<br>May.Che@eeoc.gov | |

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Dated this 1st day of May, 2018.

*s/Liana Natividad*
Liana Natividad
LNatividad@littler.com
LITTLER **MENDELSON, P.C.**

Firmwide:154370830.1 095181.1001

NOTICE OF WITHDRAWAL- 3
2:17-CV-01285-TSZ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300