UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JACKSONS FOOD STORES, INC.,<br><br>Defendant. | C17-1285 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Attorney William J. Kim's notice of withdrawal as counsel of record for defendant Jacksons Food Stores, Inc., docket no. 10, does not comply with Local Civil Rule 83.2(b), and has no effect. When co-counsel Tamsen Leachman appeared in this action on behalf of defendant, she was with the firm of Littler Mendelson, P.C., where Mr. Kim continues to practice. Ms. Leachman has since moved to the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. If Ms. Leachman had still been with Littler Mendelson, P.C. when Mr. Kim attempted to withdraw, his notice of withdrawal would have sufficed, but because Mr. Kim's withdrawal would effect a termination of one law office and the appearance of another law office, he must file either a motion, with an appropriate certification and proof of service on defendant, or a stipulation and proposed order executed on behalf of all parties to this action. *See* LCR 83.2(b)(2). Ms. Leachman must also submit an appropriate motion or stipulation and update her contact information.

(2) The Clerk is directed to correct the docket accordingly and to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of May, 2018.

                                                 William M. McCool
                                                 Clerk

                                                 s/Karen Dews
                                                 Deputy Clerk

MINUTE ORDER - 1