Tamsen L. Leachman (Bar No. 23402)
Email: tamsen.leachman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone:  503.552.2140
Facsimile:  503.224.4518

Attorneys for Defendant
Jacksons Food Stores, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> JACKSONS FOOD STORES, INC., <br><br> Defendant | Case No. 2:17-cv-01285-TSZ <br><br> **STIPULATED MOTION REGARDING CHANGE OF FIRM NAME AND MAILING ADDRESS OF COUNSEL FOR DEFENDANT** |

Plaintiff Equal Employment Opportunity Commission ("EEOC" or "Plaintiff"), and Defendant Jacksons Food Stores, Inc. ("Jacksons" or "Defendant"), and through their respective counsel of record, subject to the approval of this Court, hereby stipulate and agree that Ms. Leachman has changed law firms and is now with Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and that the court records should reflect this change.  Ms. Leachman's new contact information is as follows:

///

Tamsen L. Leachman (Bar No. 23402)
Email: tamsen.leachman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center, 222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: 503.552.2140

This motion is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED:**

| Dated: May 3, 2018 | Dated: May 3, 2018 |
|---|---|
| **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** | **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** |
| By: s/Tamsen L. Leachman<br>503.552.2140 | By: s/ May R. Che[1]<br>206.220.919 |
| Attorneys for Defendant JACKSONS FOOD STORES, INC. | Attorneys for Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |

---

[1] Electronic signature authorized by email 5/3/2018

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2018, I served the foregoing **STIPULATED MOTION REGARDING CHANGE OF FIRM NAME AND MAILING ADDRESS OF COUNSEL FOR DEFENDANT** on:

| | |
|---|---|
| Roberta L. Steele<br>Regional Attorney<br>EEOC<br>909 First Avenue, Suite 400<br>Seattle, WA 98104-1061<br>Tel:  206-220-6919<br>Roberta.steele@eeoc.gov<br><br>John F. Stanley<br>Supervisory Trial Attorney<br>John.stanley@eeoc.gov<br><br>May R. Che<br>Senior Trial Attorney<br>May.che@eeoc.gov<br><br>Attorneys for Plaintiff | James L. Lee<br>Deputy General Counsel<br><br>Gwendolyn Y. Reams<br>Associate General Counsel<br><br>Office of the General Counsel<br>131 M Street, N.E.<br>Washington D.C.  20507 |

☑ by electronic means through the CM/ECF system.

☐ by mailing a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by causing a true and correct copy to be hand-delivered to the last known address of each person listed above.  It was contained in a sealed envelope and addressed as stated above.

☐ by e-mailing a true and correct copy to the last known email address of each person listed above.

By: *s/ Susan Hunter*
Susan Hunter

1 – CERTIFICATE OF SERVICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503.552.2140 | Fax: 503.224.4518