Tamsen L. Leachman (Bar No. 23402)
Email: tamsen.leachman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone:  503.552.2140
Facsimile:  503.224.4518

Attorneys for Defendant
Jacksons Food Stores, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JACKSONS FOOD STORES, INC.,<br><br>　　　　Defendant | Case No. 2:17-cv-01285-TSZ<br><br>**[PROPOSED] ORDER ON STIPULATED MOTION REGARDING CHANGE OF FIRM NAME AND MAILING ADDRESS OF COUNSEL FOR DEFENDANT** |

Based upon the Court's consideration of the Stipulated Motion filed by the parties on May 3, 2018, and for good cause shown,

///

///

IT IS NOW HEREBY ORDERED that the Stipulated Motion Regarding Change of Firm Name and Mailing Address of Counsel for Defendant is GRANTED.

DATED this ____ day of May, 2018.

_____
Judge Thomas S. Zilly

*Presented by:*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: *s/Tamsen L. Leachman*

Attorneys for Defendant
JACKSONS FOOD STORES, INC.

2 – [PROPOSED] ORDER ON STIPULATED MOTION REGARDING CHANGE OF FIRM NAME AND MAILING ADDRESS OF COUNSEL FOR DEFENDANT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503-224-4518

# CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2018, I served the foregoing **[PROPOSED] ORDER ON STIPULATED MOTION REGARDING CHANGE OF FIRM NAME AND MAILING ADDRESS OF COUNSEL FOR DEFENDANT** on:

| | |
|---|---|
| Roberta L. Steele<br>Regional Attorney<br>EEOC<br>909 First Avenue, Suite 400<br>Seattle, WA 98104-1061<br>Tel:  206-220-6919<br>Roberta.steele@eeoc.gov<br><br>John F. Stanley<br>Supervisory Trial Attorney<br>John.stanley@eeoc.gov<br><br>May R. Che<br>Senior Trial Attorney<br>May.che@eeoc.gov<br><br>Attorneys for Plaintiff | James L. Lee<br>Deputy General Counsel<br><br>Gwendolyn Y. Reams<br>Associate General Counsel<br><br>Office of the General Counsel<br>131 M Street, N.E.<br>Washington D.C.  20507 |

☑ by electronic means through the CM/ECF system.

☐ by mailing a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by causing a true and correct copy to be hand-delivered to the last known address of each person listed above.  It was contained in a sealed envelope and addressed as stated above.

☐ by e-mailing a true and correct copy to the last known email address of each person listed above.

By: *s/ Susan Hunter*
Susan Hunter