The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>    Plaintiff,<br><br>    v.<br><br>Jacksons Food Stores, Inc.,<br><br>    Defendant. | Case No. 2:17-cv-01285-TSZ<br><br>STIPULATION |

## **STIPULATION**

THE PARTIES, Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, by and through its attorneys, MAY R. CHE of EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, and Defendant JACKSONS FOOD STORES, INC., by and through its attorneys, WILLIAM J. KIM of LITTLER MENDELSON, P.C., and TAMSEN L. LEACHMENT of OGLETREE DEAKINS NASH, SMOAK & STEWARD, P.C., hereby stipulate and request that William J. Kim is withdrawn as counsel for Defendant JACKSONS FOOD STORES, INC.

/ / /

/ / /

STIPULATION

2:17-CV-01285-TSZ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

1
2
3  May 4, 2018
4
5
6  */s/May R. Che*                              */s/William J. Kim*
   May R. Che, NYSBA #4255378                   William J. Kim, WSBA #46792
7  909 First Avenue, Suite 400                  One Union Square
   Seattle, WA  98104-1061                      600 University Street, Suite 3200
8  Tel:        206-220-6919                     Seattle, WA  98101-3122
   Fax:        206-220-6911                     Phone:      206.623.3300
9  E-Mail:     May.Che@eeoc.gov                 Fax:        206.447.6965
                                                E-Mail:     wkim@littler.com
10
   Attorney for Plaintiff                       Withdrawing Attorney for Defendant
11 Equal Opportunity Employment Commission      Jacksons Food Stores, Inc.
12
13
14
                                                */s/Tamsen L. Leachman*
15                                              Tamsen L. Leachman, WSBA #23402
                                                The KOIN Center
16                                              222 SW Columbia Street, Suite 1500
                                                Portland, OR 97201
17                                              Phone:      503-552-2177
                                                Fax:        503-224-4518
18                                              E-Mail:     tamsen.leachman@ogletree.com

19                                              Remaining Attorney for Defendant
                                                Jacksons Food Stores, Inc.
20
21
22
23
24
25
26

STIPULATION - 2

2:17-CV-01285-TSZ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on May 4, 2018, I electronically filed the foregoing **STIPULATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
|---|---|
| May R. Che<br>Senior Trial Attorney<br>EEOC<br>909 First Avenue, Suite 400<br>Seattle, WA  98104-1061<br>Tel:     206-220-6919<br>Fax:    206-220-6911<br>May.Che@eeoc.gov | Tamsen Leachman<br>Ogletree Deakins<br>The KOIN Center<br>222 SW Columbia Street, Suite 1500<br>Portland, OR 97201<br>Phone:      503-552-2177<br>Fax:         503-224-4518<br>tamsen.leachman@ogletree.com |

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Dated this 4th day of May, 2018.

*s/Liana Natividad*
Liana Natividad
LNatividad@littler.com
LITTLER **MENDELSON, P.C.**

Firmwide:154428732.1 095181.1001

STIPULATION - 3

2:17-CV-01285-TSZ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300