The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jacksons Food Stores, Inc.,<br><br>　　　　Defendant. | Case No. 2:17-cv-01285-TSZ<br><br>[PROPOSED] ORDER |

**ORDER**

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore, IT IS HEREBY ORDERED that WILLIAM J. KIM of LITTLER MENDELSON, P.C. is withdrawn as counsel for Defendant JACKSONS FOOD STORES, INC.

Dated this _____ day of _____, 2018.

_____
THE HONORABLE THOMAS S. ZILLY

ORDER

2:17-CV-01285-TSZ

1

*Presented by:*

2

3

4  /s/William J. Kim
   _____
   William J. Kim, WSBA #46792
5  One Union Square
   600 University Street, Suite 3200
6  Seattle, WA  98101-3122
   Phone:         206.623.3300
7  Fax:           206.447.6965
   E-Mail:        wkim@littler.com
8
   Withdrawing Attorney for Defendant
9  Jacksons Food Stores, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2

2:17-CV-01285-TSZ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

*Approved as to Form:*


/s/May R. Che
May R. Che, WSBA #
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Tel:            206-220-6919
Fax:           206-220-6911
E-Mail:       May.Che@eeoc.gov


Attorney for Plaintiff
Equal Opportunity Employment Commission




/s/Tamsen L. Leachman
Tamsen L. Leachman, WSBA #23402
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Phone:        503-552-2177
Fax:           503-224-4518
E-Mail:       tamsen.leachman@ogletree.com

Remaining Attorney for Defendant
Jacksons Food Stores, Inc.

ORDER - 3

2:17-CV-01285-TSZ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on May 4, 2018, I electronically filed the foregoing **[PROPOSED] ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
|---|---|
| May R. Che<br>Senior Trial Attorney<br>EEOC<br>909 First Avenue, Suite 400<br>Seattle, WA  98104-1061<br>Tel:     206-220-6919<br>Fax:    206-220-6911<br>May.Che@eeoc.gov | Tamsen Leachman<br>Ogletree Deakins<br>The KOIN Center<br>222 SW Columbia Street, Suite 1500<br>Portland, OR 97201<br>Phone:      503-552-2177<br>Fax:           503-224-4518<br>tamsen.leachman@ogletree.com |

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Dated this 4th day of May, 2018.

*s/Liana Natividad*
Liana Natividad
LNatividad@littler.com
LITTLER **MENDELSON, P.C.**

Firmwide:154429930.1 095181.1001

ORDER - 4
2:17-CV-01285-TSZ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300