UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                  Plaintiff,<br><br>    v.<br><br>JACKSONS FOOD STORES, INC.,<br><br>                  Defendant. | C17-1285 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 12, is GRANTED. The Clerk is DIRECTED to update the docket to reflect that defendant's attorney Tamsen Leachman has changed law firms and is now with Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

(2) Pursuant to the stipulation of the parties, docket no. 13, William J. Kim and the law firm of Littler Mendelson, P.C. are granted leave to withdraw as counsel of record for defendant Jacksons Food Stores, Inc., effective immediately.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of May, 2018.

                                                          William M. McCool
                                                          Clerk

                                                          s/Karen Dews
                                                          Deputy Clerk

MINUTE ORDER - 1