THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JACKSONS FOOD STORES, INC.<br><br>Defendant. | CIVIL ACTION NO. 2:17-cv-01285-TSZ<br><br>STIPULATION TO MODIFY PRETRIAL DEADLINES PERTAINING TO EXPERTS<br><br>NOTE ON MOTION CALENDAR:<br>June 11, 2018 |

The EEOC and Jacksons Food Stores, Inc. (collectively "the parties") jointly stipulate and move to extend certain pretrial discovery and case management deadlines pertaining to experts as described herein.

**A.    Relief Sought**

The parties have conferred and, subject to Court approval, hereby move to extend certain pretrial discovery and case management deadlines pertaining to experts as set forth in docket no. 8. The parties do not seek modification of the February 4, 2019 trial date. The parties jointly move to extend the following pretrial deadlines:

STIP. TO MODIFY EXPERT DEADLINES
2:17-cv-01285-TSZ
Page **1** of **4**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Disclosure of expert testimony under FRCP 26(a)(2): Each party shall identify its experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than September 17, 2018. Each party shall also provide dates for which those experts can be available for deposition.

Daubert Motions: Challenges to the admissibility of expert opinion testimony shall be made by written motion and filed by November 15, 2018.

The remaining pretrial deadlines and trial dates remain unchanged.

### B. Grounds for Relief

This motion is based upon the agreement and stipulation of the Parties. The current deadline for expert disclosures is July 16, 2018. The current deadline for all motions related to discovery is September 6, 2018. Good cause exists to extend the above-mentioned deadlines pertaining to experts, because the parties agree additional time will serve the administration of justice and will give the parties sufficient time to conduct certain fact discovery that would be necessary in order to prepare any expert reports. The parties have exchanged written discovery and are attempting to confer on outstanding disputes, as well as agree on dates for depositions that have been requested by Plaintiff EEOC. The current deadline for discovery to be completed is October 15, 2018. In addition, the parties have initiated informal settlement discussions. An extension of the deadlines listed above will give the parties sufficient time to complete pretrial matters in time for the February 4, 2019 trial date and to explore resolution at lesser expense before the discovery and dispositive motion cutoff periods.

This is the first request for an extension of the case management deadlines in this matter. The parties agree that the continuance of the above-mentioned deadlines will have no impact on

STIP. TO MODIFY EXPERT DEADLINES
2:17-cv-01285-TSZ
Page **2** of **4**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

the trial date.  The parties also agree that the extension of the above-mentioned deadlines will not prejudice either party.

DATED this 11th day of June 2018.

Respectfully submitted,

ROBERTA STEELE
Regional Attorney

JOHN F. STANLEY
Supervisory Trial Attorney

MAY CHE
Senior Trial Attorney

BY:  /s/   May Che
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone (206) 220-6919
 Facsimile (206) 220-6911

*Attorneys for Plaintiff EEOC*


BY:  /s/   Tamsen Leachman
Tamsen Leachman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone (503) 552-2140
Facsimile (503) 224-4518
tamsen.leachman@ogletree.com

*Attorneys for Defendant Jacksons Food Stores, Inc.*

STIP. TO MODIFY EXPERT DEADLINES
2:17-cv-01285-TSZ
Page **3** of **4**

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2018, I electronically filed the forgoing

"STIPULATION TO MODIFY PRETRIAL DEADLINES PERTAINING TO EXPERTS" with

the Clerk of the court using the CM/ECF system which will send notification of such filing to

the following individuals listed below:

Tamsen Leachman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone (503) 552-2140
Facsimile (503) 224-4518
tamsen.leachman@ogletree.com

DATED this 11th day of June, 2018.

*/s/  May Che*
May Che
EEOC Senior Trial Attorney

STIP. TO MODIFY EXPERT DEADLINES
2:17-cv-01285-TSZ
Page **4** of **4**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882