THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JACKSONS FOOD STORES, INC.<br><br>Defendant. | CIVIL NO.  2:17-cv-01285-TSZ<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY PRETRIAL DEADLINES PERTAINING TO EXPERTS |

THIS MATTER came before the Court on Plaintiff EEOC's and Defendant Jacksons Food Stores, Inc.'s (jointly "the parties") Stipulation to Modify Pretrial Deadlines Pertaining to Experts.  The Court has reviewed the motion and all evidence submitted in support of the motion, and is fully informed.

IT IS HEREBY ORDERED THAT the parties' Stipulation To Modify Pretrial Deadlines Pertaining To Experts is GRANTED.

DATED this _____ day of _____, 2018.

_____
THE HONORABLE THOMAS S. ZILLY

Presented by:

*/s/ May R. Che*
May Che
EEOC Senior Trial Attorney

[PROPOSED] Order Granting Parties' Stipulation to Modify Expert Deadlines
2:17-cv-01285-TSZ
Page 1 of 2

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

# CERTIFICATE OF SERVICE

I hereby certify that on **June 11, 2018**, I electronically filed the foregoing document titled **"[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO MODIFY PRETRIAL DEADLINES PERTAINING TO EXPERTS**" with the Clerk of the Court using the CMF/ECF system, which will send notice of such filing to the following individuals listed below:

Tamsen Leachman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone (503) 552-2140
Facsimile (503) 224-4518
tamsen.leachman@ogletree.com

        */s/May Che*
        May Che
        EEOC Senior Trial Attorney

[PROPOSED] Order Granting Parties' Stipulation to Modify Expert Deadlines
2:17-cv-01285-TSZ
Page 2 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882