1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5
6   EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION,
7
                Plaintiff,                          C17-1285 TSZ
8
        v.                                          MINUTE ORDER
9   JACKSONS FOOD STORES, INC.,
10              Defendant.

11      The following Minute Order is made by direction of the Court, the Honorable
12  Thomas S. Zilly, United States District Judge:

13      (1)    The parties' stipulated motion to extend the expert disclosure deadline,
    docket no. 15, is GRANTED, and the deadline for identifying experts and serving written
    reports as required by Federal Rule of Civil Procedure 26(a)(2) is EXTENDED from
14  July 16, 2018, to September 17, 2018.

15      (2)    All other dates and deadlines set forth in the Minute Order Setting Trial
    Date and Related Dates, docket no. 8, shall remain in full force and effect. Any motion
16  to exclude expert testimony shall be filed by the deadline for filing dispositive motions.

17      (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of
    record.
18
        Dated this 14th day of June, 2018.
19
20                                          William M. McCool
                                            Clerk
21
                                            s/Karen Dews
22                                          Deputy Clerk
23

MINUTE ORDER - 1