

# NOTICE TO EMPLOYEES

This notice has been posted pursuant to the settlement of a lawsuit: EEOC v. Jacksons Food Stores, Western District of Washington, Case Number 2:17-cv-01285-TSZ. The settlement terms are contained in a document filed with the Court and available to the public called a "Consent Decree." In accordance with the Consent Decree, Jacksons Food Stores will provide anti-discrimination training to all its hiring/interviewing officials, human resources personnel, managers, store managers, supervisors, and employees at all its facilities and offices within its Washington Districts within Region 2; implement policies to ensure ADA compliance in hiring; provide its EEO policy to all employees and applicants; implement policies to ensure accountability with regard to anti-discrimination practices; and report to the EEOC all complaints of disability discrimination or retaliation it receives from its employees for the next five (5) years.

Federal law prohibits an employer from discriminating against any individual based on the individual's disability with respect to hiring, promotion, demotion, terms and conditions of employment and/or termination. Federal law also prohibits an employer from allowing any employee to be harassed because of disability, age, race, color, sex, religion and national origin. It is also unlawful for an employer to retaliate against any individual because he or she complains of discrimination or harassment, cooperates with the investigation of a discrimination or harassment charge by Jacksons Food Stores or a government agency, participates as a witness or potential witness in any investigation or legal proceeding or otherwise exercises his or her rights under the law.

Any employee who is found to have retaliated against any other employee because such employee participated in this lawsuit will be subject to substantial discipline, up to and including immediate discharge.

Should you have any complaints of discrimination or retaliation you should contact [JACKSONS FOOD STORES CONTACT BY NAME AND PHONE NUMBER].

Employees also have the right to bring complaints of discrimination or harassment to the U.S. Equal Employment Opportunity Commission, Seattle Field Office, at 909 1st Avenue, Suite 400, Seattle, WA 98104-1061, 206.220.6884, 1.800.669.4000.

This notice shall remain prominently posted at all Jacksons Food Stores facilities until [month and day], 20___. This Official Notice shall not be altered, defaced, covered or obstructed by any other material.

**EXHIBIT 1**