**THE HONORABLE THOMAS S. ZILLY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JACKSONS FOOD STORES, INC.<br><br>Defendant. | CIVIL NO.  2:17-cv-01285-TSZ<br><br>[PROPOSED] **ORDER**<br><br>**APPROVING CONSENT DECREE** |

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action.  This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this _____ day of \_\_\_\_\_, 2018.

_____
THE HONORABLE THOMAS S. ZILLY

Presented by:

*/s/ May R. Che*
May Che
EEOC Senior Trial Attorney

[PROPOSED] **ORDER APPROVING CONSENT DECREE**
2:17-cv-01285-TSZ
Page 1 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## CERTIFICATE OF SERVICE

I hereby certify that on **August 24, 2018**, I electronically filed the foregoing document titled **"**[PROPOSED] **ORDER APPROVING CONSENT DECREE**" with the Clerk of the Court using the CMF/ECF system, which will send notice of such filing to the following individuals listed below:

Tamsen Leachman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone (503) 552-2140
Facsimile (503) 224-4518
tamsen.leachman@ogletree.com

      /s/May Che
      May Che
      EEOC Senior Trial Attorney

[PROPOSED] **ORDER APPROVING CONSENT DECREE**
2:17-cv-01285-TSZ
Page 2 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882