# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JACKSONS FOOD STORES, INC., <br><br> Defendant. | C17-1285 TSZ <br><br> ORDER |

THIS MATTER comes before the Court on the parties' proposed Consent Decree, docket no. 17. The Consent Decree is hereby ADOPTED and APPROVED as a final judgment in this matter. The Court retains jurisdiction over this action for purposes of enforcing the Consent Decree. The trial date and related deadlines are STRICKEN. The Clerk is DIRECTED to CLOSE this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 5th day of September, 2018.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

ORDER - 1